**Opinion issued March 11, 2021**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-21-00005-CR

————————————

### IN RE NASARIO VASQUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Nasario Vasquez, has filed a pro se petition for writ of mandamus raising nine issues challenging his conviction of the offense of murder.[1]  We deny the petition.

---

[1]  The underlying case is *The State of Texas v. Nasario Vasquez*, cause number 1464140, pending in the 208th District Court of Harris County, Texas, the Honorable Greg Glass presiding.

The sole method for collaterally attacking a felony conviction is an application for writ of habeas corpus as described in Article 11.07 of the Code of Criminal Procedure. *See In re Harrison*, 187 S.W.3d 199, 200 (Tex. App.—Texarkana 2006, orig. proceeding); *In re Brown*, No. 14-08-00022-CV, 2008 WL 450274, at *1 (Tex. App.—Houston [14th Dist.] Feb. 21, 2008, orig. proceeding); TEX. CODE CRIM. PROC. art. 11.07. Because the remedy afforded by Article 11.07 is adequate, relator has not shown his entitlement to mandamus relief. *See State ex. Rel. Young v. Sixth Jud. Dist. Court of Appeals*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (to obtain mandamus relief in criminal case, relator must show act sought to be compelled is ministerial and relator lacks adequate remedy at law).

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).